**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hammons*, Slip Opinion No. 2026-Ohio-3090.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2026-OHIO-3090

THE STATE OF OHIO, APPELLEE, *v*. HAMMONS, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hammons*, Slip Opinion No. 2026-Ohio-3090.]**

*Court of appeals' judgment affirmed on the authority of* State v. Polizzi.

(No. 2025-0228—Submitted August 5, 2026—Decided August 14, 2026.)

APPEAL from the Court of Appeals for Wood County,

No. WD-24-017, 2024-Ohio-6128.

_____

The below judgment of the court was joined by KENNEDY, C.J., and DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ. FISCHER, J., dissented for the reasons set forth in his separate opinion in *State v. Polizzi*, 2026-Ohio-2588.

**{¶ 1}** The judgment of the Sixth District Court of Appeals is affirmed on the authority of *State v. Polizzi*, 2026-Ohio-2588.

_____

Paul A. Dobson, Wood County Prosecuting Attorney, and David T. Harold, Assistant Prosecuting Attorney, for appellee, the State of Ohio.

Stahl & Stephenson and Michael H. Stahl, for appellant, Samantha Sue Hammons.

_____